JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY YOUNG,<br>        Plaintiff,<br>v.<br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>        Defendant. | Case No. CV 24-00636-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

Date: November 6, 2024

_____
STEVE KIM
United States Magistrate Judge